# United States Court of Appeals
## For the First Circuit

No. 20-1120

UNITED STATES OF AMERICA,

Appellee,

v.

EDWARD J. ABELL, III,

Defendant,

SHILO M. ABELL,

Claimant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on January 15, 2021, is amended as follows:

On page 5, line 22, please replace "Victim" with "Victims".